**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**COLUMBIA DIVISION**

|  |  |  |
|---|---|---|
| Kobe and Mark, | ) | Civil Action No.:  3:11-cv-1146-MBS |
|  | ) |  |
| Plaintiffs, | ) |  |
|  | ) |  |
| vs. | ) |  |
|  | ) |  |
| Hugh Leatherman and Richard Eckstrom, | ) |  |
| members of the South Carolina Budget and | ) |  |
| Control Board; Christian Soura, Director of the | ) |  |
| South Carolina Department of Health and | ) |  |
| Human Services, Christian Soura, Director of the | ) |  |
| South Carolina Department of Health and | ) |  |
| Human Services, Anthony Keck, former Director | ) |  |
| of the South Carolina Department of Health and | ) |  |
| Human Services; Emma Forkner, former | ) |  |
| Director of the South Carolina Department of | ) | **AMENDED NOTICE OF APPEAL** |
| Health and Human Services; Beverly Buscemi, | ) |  |
| Director of the South Carolina Department of | ) |  |
| Disabilities and Special Needs; Eugene A. | ) |  |
| Laurent, former Interim Director of the South | ) |  |
| Carolina Department of Disabilities and Special | ) |  |
| Needs; Stanley Butkus, former Director of the | ) |  |
| South Carolina Department of Disabilities and | ) |  |
| Special Needs; Richard Huntress, former | ) |  |
| Commissioner of the South Carolina Department | ) |  |
| of Disabilities and Special Needs; Kathi Lacy, | ) |  |
| Thomas P. Waring and Jacob Chorey, employees | ) |  |
| or former employees of the South Carolina | ) |  |
| Department of Disabilities and Special Needs; | ) |  |
| Mary Leitner, Director of the Richland Lexington | ) |  |
| Disabilities an Special Needs Board; the Babcock | ) |  |
| Center, Judy Johnson, Director of the Babcock | ) |  |
| Center, | ) |  |
|  |  |  |
| Defendants, |  |  |

This Amended Notice of Appeal is filed pursuant to Rule 4(a)(4)(A) and (B) of the

Federal Rules of Appellate Procedure and to include Chrisian Soura as a Defendant, in his

official capacity as the current Director of the South Carolina Department of Health and Human Services.

Rule 4(a0(4)(A) provides that if a party files a notice of appeal after the court enters a judgment - but before it disposes of a Rule 59(e) motion - the notice becomes effective to appeal a judgment when the order disposing of the last motion is entered.   Pursuant to Rule 4(a)(4)(B)(iii), no additional fee is required to file an amended notice.

On March 24, 2015, the district court filed a judgment dismissing all Defendants on all counts (Entry 360). On April 16, 2015, Kobe and Mark, Plaintiffs filed a timely notice of appeal in the above named case appealing to the United States Court of Appeals for the Fourth Circuit from the following Judgment and Orders:

1.    The Judgment at Entry 360 dated March 24, 2015,  dismissing all claims of Kobe and Mark, and the following interlocutory orders:

   a    The Order at Entry 135 dated August 10, 2012, dismissing Defendants Haley, Loftis, White, Cooper and Chellis;

   b.    The Order at Entry 217 dated August 12, 2013, dismissing Defendants Leatherman and Eckstrom;

   c.    Only that portion of the Order at Entry 219 dated August 12, 2013 that denies Plaintiffs' motion for summary judgment (Entry 155);

   d.    The Order at Entry 296 dated September 30, 2014,  granting summary judgment to all remaining Defendants and denying motion for summary judgment filed by Plaintiffs.

   e.    The Order at Entry 364 denying Plaintiffs' motion to alter or amend.

This amended notice of appeal is filed to appeal of the Order at Entry 364 denying Plaintiffs' Rule 59(e) motion to alter or amend (Entry 309) and to restate the appeal of the other orders identified above. The name of Christian Soura is added to the caption, as he is the current

Director of the South Carolina Department of Health and Human Services and he is sued in his official capacity. This amendment does not affect the suit against the former Directors and employees in their individual capacities and those defendants remain on the caption.

Respectfully submitted,

s/ Patricia Logan Harrison
Patricia Logan Harrison
611 Holly Street
Columbia, South Carolina 29205
803 256 2017
pharrison@loganharrisonlaw.com
Fed I.D. No. 6963

May 26, 2015