UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-1419
(3:11-cv-01146-MBS)

_____

Kobe and Mark,
    Appellants

and

John

    Plaintiff

    v.

Nikki Haley, in her official capacity as Governor and Chairman of the South Carolina Budget and Control Board; Christian Soura, in his capacity as the Director of the South Carolina Department of Health and Human Services; Anthony Keck, in his capacity as former Director of the South Carolina Department of Health and Human Services; Beverly Buscemi, in her official capacity as Director of the South Carolina Department of Disabilities and Special Needs; Richard Huntress, in his capacity as Commissioner of the South Carolina Department of Disabilities and Special Needs; Kathi Lacy, Thomas P. Waring, Jacob Chorey, in their capacities as employees of the South Carolina Department of Disabilities and Special Needs, Mary Leitner, in her capacity as the Director of the Richland and Lexington Disabilities and Special Needs Board; Judy Johnson, in her capacity as Director of the Babcock Center; Daniel Cooper; Converse A. Chellis, III; Hugh Leatherman, Richard Eckstrom; Curtis Loftis; Brian White, in their capacities as former members of the South Carolina Budget and Control Board; Emma Forkner, in her capacity as the former Director of the South Carolina Department of Health and Human Services; Eugene A. Laurent, former Interim Director of the South Carolina Department of Disabilities and Special Needs; Stanley Butkus, former Director of the South Carolina Department of Disabilities and Special Needs; Unnamed Actors Associated with the Babcock Center, The Babcock Center,
                      Defendants-Appellees

and

Cynthia Mann, Deputy Administrator and Director of the Center for Medicaid, CHIP, Survey & Certification, CMS, Eleanor Kitzman, in her official capacity as the Executive Director of the State Budget and Control Board; Glenn F. McConnell, in his official capacity as the President Pro Tempore of the South Carolina Senate; Robert W. Harrell, Jr. In his official capacity as the Speaker of the South Carolina House of Representatives; Mark Sanford, in his capacity as former member of the South Carolina Budget and Control Board,

      Defendants.

---
### Joint Motion to File Deferred Appendix
---

  Pursuant to Rule 30( c), Fed. R. App. P., all parties join together in this motion requesting permission to file a Deferred Appendix in this case. This is a complex appeal involving multiple parties and many law firms and the parties agree that not filing a deferred Joint Appendix will likely result in duplication and material which may prove to be unnecessary. The parties respectfully request permission to file a deferred Joint Appendix.

  Respectfully submitted,


  Patricia Logan Harrison
  611 Holly Street
  Columbia, South Carolina 29205
  plh.cola@att.net
  803 256 2017

  Attorney for Plaintiffs, Joined by Attorneys for All Defendants

July 2, 2015