UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT
1100 East Main Street, Suite 501, Richmond, Virginia 23219
www.ca4.uscourts.gov

_____

No. 15-1419
(3:11-cv-01146-MBS)
_____

KOBE; MARK

        Plaintiffs - Appellants

and

JOHN

        Plaintiff

v.

NIKKI HALEY, in her official capacity as governor and Chairman of the South Carolina Budget and Control Board; ANTHONY KECK, in his capacity as the Director of the South Carolina Department of health and Human Services; BEVERLY BUSCEMI, in her official capacity as Director of the South Carolina Department of Disabilities and Special Needs; RICHARD HUNTRESS, in his capacity as Commissioner of the South Carolina Department of Disabilities and Special Needs; KATHI LACY; THOMAS P. WARING; JACOB CHOREY, in their capacities as employees of the South Carolina Department of Disabilities and Special Needs; MARY LEITNER, in her capacity as the Director of the Richland Lexington Disabilities and Special Needs Board; JUDY JOHNSON, in her capacity as the Director of the Babcock Center; DANIEL COOPER; CONVERSE A. CHELLIS, III; HUGH LEATHERMAN; RICHARD ECKSTROM; CURTIS LOFTIS; BRIAN WHITE, in their capacities as former members of the South Carolina Budget and Control board; EMMA FORKNER, in her capacity as the former Director of the South Carolina Department of Health and Human Services; EUGENE A. LAURENT, former interim Director of the South Carolina

Department of Disabilities and Special needs; STANLEY BUTKUS, former Director of the South Carolina Department of Disabilities and Special Needs; UNNAMED ACTORS ASSOCIATED WITH THE BABCOCK CENTER; THE BABCOCK CENTER

   Defendants - Appellees

and

CYNTHIA MANN, Deputy Administrator and Director of the Center for Medicaid, CHIP, and Survey & Certification, CMS; ELEANOR KITZMAN, in her official capacity as the Executive Director of the State Budget and Control Board; MCCONNELL F. GLENN, in his official capacity as the President Pro Tempore of the South Carolina Senate; ROBERT W. HARRELL, JR, in his official capacity as the Speaker of the South Carolina House of Representatives; MARK SANFORD, in his capacity as a former member of the south Carolina budget and Control Board

   Defendants

------

### REQUEST FOR PROTECTION

------

 Protection is respectfully requested for the period December 21, 2015, through January 7, 2016, due to Christmas travel plans during that period.

 Respectfully submitted,

s/Patricia Logan Harrison
Patricia Logan Harrison     October 8, 2015
Attorney at Law     Columbia, South Carolina
611 Holly Street
Columbia, South Carolina 29205
803-256-2017
plh.cola@att.net
Fed. Bar No. 6963